KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
ELIZABETH NGUYEN, Bar No. 238571
enguyen@littler.com
HAVEN L. CLAYTOR, Bar No. 279058
hclaytor@littler.com
IAN T. MAHER, Bar No. 280746
imaher@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Facsimile:    310.553.5583

Attorneys for Defendant
PM REALTY GROUP, LP

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRANCH, as an individual and on behalf of similarly situated employees,<br><br>    Plaintiff,<br><br>v.<br><br>PM REALTY GROUP, LP; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:15-cv-03303 R(GJSx)<br><br>ASSIGNED TO HONORABLE JUDGE MANUEL L. REAL<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING REMAND**<br><br>Trial Date:  TBA |

1

2        The Court, having considered the Joint Stipulation Regarding Remand and

3   GOOD CAUSE having been shown, **IT IS HEREBY ORDERED THAT:**

4        This action is remanded to Los Angeles Superior Court.

5

6   Dated:   June 21, 2016

7

8

9

10             HON. MANUEL L. REAL
          JUDGE OF THE UNITED STATES
          DISTRICT COURT

11

12

13   Firmwide:141071325.1 084382.1001